ORIGINAL

FILED

08 JAN 16 AM 11: 40

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDU_    DEPUTY

UNSEALED AS OF 1/16/08

**ORDERED SEALED BY COURT**

1 | KAREN P. HEWITT
United States Attorney
2 | ANDREW G. SCHOPLER
Assistant U.S. Attorney
3 | California State Bar No. 236585
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

| UNITED STATES OF AMERICA, | ) | Magistrate No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION AND ORDER TO FILE COMPLAINT UNDER SEAL AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), | ) | |
| aka "Lee Dog", | ) | |
| MELVIN ALEXANDER (2), | ) | |
| JOSE GALVAN RICO (3), | ) | |
| aka "Mija", | ) | |
| ELEODORO CASTILLO (4), | ) | |
| aka "Onko", | ) | |
| DAPHNE ROSALINDA JACKSON (5), | ) | |
| aka Daphne R. Rae, | ) | |
| BERNAL ANTHONY MITCHELL (6), | ) | |
| aka "Tony", | ) | |
| ALLEN MATTHEW BAKER Jr. (7), | ) | |
| aka "J.R.", aka Tracy Reyard Diggs, | ) | |
| aka Marcus Johnson, | ) | |
| MICHAEL DWAYNE TRYALS (8), | ) | |
| aka "Texas Mike", aka Michael Tryls, | ) | |
| aka Dave Brooks, aka Leon Howard | ) | |
| Blair, aka Earl David Hollis, | ) | |
| BOBBY SHAWN LOCKHART (9), | ) | |
| aka "Blue", | ) | |
| ALEXANDER WEIR IV (10), | ) | |
| aka "Brick", | ) | |
| ALEXANDER WEIR V (11), | ) | |
| aka "Lil' Brick", | ) | |
| FELIPE MEDINA (12), | ) | |
| MELVIN ANDRE BIBBS (13), | ) | |
| MARK EDWARD RUNNELS (14), | ) | |
| aka "Marky Mark", | ) | |
| | ) | |
| Defendants. | ) | |

1       The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and

2 ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for

3 an Order sealing the complaint in the above-captioned matter until further notice.

4       DATED: January 15, 2008.

5                       Respectfully submitted,

6                       KAREN P. HEWITT
                      United States Attorney

7

8

9                       ANDREW G. SCHOPLER

10                       Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2