1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone No.: (619) 557-5836
   Facsimile No.:  (619) 235-2757
6
   Attorneys for Plaintiff
7  United States of America

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10 UNITED STATES OF AMERICA,              )   Magistrate Case No.  08mj0132
                                          )
11          Plaintiff,                    )   **JOINT MOTION TO CONTINUE**
                                          )   **DETENTION HEARING DATE**
12      v.                                )
                                          )
13 JOSE GALVAN RICO (3),                  )
       aka "Mija",                        )
14 ELEODORO CASTILLO (4),                 )
       aka "Onko",                        )
15 BERNAL ANTHONY MITCHELL (6),           )
       aka "Tony",                        )
16 MELVIN ANDRE BIBBS (13),               )
                                          )
17          Defendants.                   )

18

19

20      The plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States

21 Attorney, and ANDREW G. SCHOPLER, Assistant United States Attorney, and defendants, JOSE

22 GALVAN RICO, through his counsel, William Brown , ELEODORO CASTILLO, through his

23 counsel, Antonio Yoon, BERNAL ANTHONY MITCHELL, through his counsel, Mahir Sherif, and

24 MELVIN ANDRE BIBBS through his counsel Mary Franklin, hereby jointly move this court to

25 continue the detention hearing scheduled for Tuesday, January 22, 2008, at 10:00 a.m., to Thursday,

26 January 31, 2008, at 9:30 a.m.

27      DATED:   January 24, 2008        *s/Andrew G. Schopler*
                                         ANDREW G. SCHOPLER
28                                       Assistant United States Attorney
                                         Attorneys for Plaintiff
                                         United States of America
                                         Email: Andrew.Schopler@usdoj.gov

1

2
 DATED:    January 24, 2008        *s/William Brown*
                                   WILLIAM BROWN
                                   Attorney for Defendant
3                                  JOSE GALVAN RICO

4

5
 DATED:    January 24, 2008        *s/Antonio Yoon*
                                   ANTONIO YOON
                                   Attorney for Defendant
6                                  ELEODORO CASTILLO

7

8
 DATED:    January 24, 2008        *s/Mahir Sherif*
                                   MAHIR SHERIF
9                                  Attorney for Defendant
                                   BERNAL ANTHONY MITCHELL

10

11
 DATED:    January 24, 2008        *s/Mary Franklin*
                                   MARY FRANKLIN
12                                 Attorney for Defendant
                                   MELVIN ANDRE BIBBS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1        UNITED STATES OF AMERICA

2        SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,              )        Magistrate Case No. 08mj0132
                                            )
4                    Plaintiff,             )
                                            )
5         v.                                )        CERTIFICATE OF SERVICE
                                            )
6    JOSE GALVAN RICO (3),                  )
             aka "Mija",                    )
7    ELEODORO CASTILLO (4),                 )
             aka "Onko",                    )
8    BERNAL ANTHONY MITCHELL (6),           )
             aka "Tony",                    )
9    MELVIN ANDRE BIBBS (13),               )
                                            )
10                   Defendants.            )

11

12        IT IS HEREBY CERTIFIED THAT:

13        I, Andrew G. Schopler, am a Citizen of the United States over the age of eighteen years and

14   a resident of San Diego county, California.  My business address is 880 Front Street, San Diego,

15   California 92101-8893.  I am not a party to the above-entitled action.  I have caused service of the

16   *JOINT MOTION TO CONTINUE DETENTION HEARING DATE* on the following parties by

17   electronically filing the foregoing with the Clerk of the District Court using its ECF system, which

18   electronically notifies them.

19   1.   William W. Brown; baecf@brownassociateslat.com
     2.   Antonio F. Yoon;  antonioyoon@cox.net
20   3.   Mahir T. Sherif; mahirsherif@sbcglobal.net
     4.   Mary A. Franklin; gr8lawr21@netzero.com

21        I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

22   Service, to the following non-EFC participants on this case n/a the last known address, at which

23   place there is delivery service of mail from the United States Postal Service.

24        None.

25        I declare under penalty of perjury that the foregoing is true and correct.

26        Executed on  January 24, 2008.

27                                                 s/*Andrew G. Schopler*
                                                   ANDREW G. SCHOPLER
28